IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:13CR58** |
| vs. | ) | |
| | ) | **ORDER** |
| **MICHELLE C. CHRISTENSEN,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | | |

This matter is before the court on defendant's MOTION TO EXTEND TIME IN WHICH TO FILE PRETRIAL MOTIONS [48]. The record shows that this deadline has shall expire on May 22, 2013. The court finds that the defendant has not shown good cause for extending the deadline.

**IT IS ORDERED:**

Defendant's MOTION TO EXTEND TIME IN WHICH TO FILE PRETRIAL MOTIONS [48] is denied.

Pursuant to NECrimR 57.2(a), a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" no later than 12:00 noon on Tuesday, August 13, 2013.

**DATED this 6th day of August, 2013.**

 **BY THE COURT:**

 **s/ F.A. Gossett**
 **United States Magistrate Judge**